THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Terra McAbee,       
 Appellant,
 
 
 

v.

 
 
 
Bi-Lo, LLC, Formerly Operating as Bi-Lo, Inc.,       
Respondent.
 
 
 

Appeal From Spartanburg County
Donald W. Beatty, Circuit Court Judge

Unpublished Opinion No.
2004-UP-123
Submitted December 23, 2003  Filed February 25, 2004 

AFFIRMED 

 
 
 
Brendan M. Delaney, of Spartanburg, for Appellant.
Larence M. Hunter, Jr., of Greenville, for Respondent.
 
 
 

PER CURIAM: Terra McAbees complaint alleged 
 that she slipped and fell on a spill of grease in a store operated by Bi-Lo, 
 LLC, because Bi-Lo was negligent in failing to maintain its premises in a reasonably 
 safe condition.  The trial court directed a verdict in favor of Bi-Lo at the 
 end of all the evidence.  McAbee appeals, challenging that action.  We affirm 
 pursuant to Rule 220(b)(2), SCACR, because the point raised by McAbee is manifestly 
 without merit.  See Wintersteen v. Food Lion, 344 S.C. 32, 39, 
 542 S.E.2d 728, 731-32 (2001) (wherein the supreme court expressly declined 
 to depart from the traditional foreign substance analysis and held that a storekeeper 
 is only liable if it places the substance on the floor or if it has actual or 
 constructive notice of the substance).   
AFFIRMED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.